THE PEOPLE OF THE STATE OF NEW YORK ex rel. WOLDEN KIELEY, Respondent, *v.* WILLIAM H. LENT et al., Appellants.

*People ex rel. Kieley* v. *Lent*, 166 App. Div. 550, affirmed.
(Argued April 14, 1915; decided May 4, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 12, 1915, sustaining a writ of habeas corpus and discharging the relator from custody. The relator was arrested for a violation of section 13 of article 6 of the

code of ordinances of the city of Yonkers reading as follows: "§ 13. No performance, entertainment, exhibition or show for which an admission fee of money or any equivalent thereof, or any ticket or token, or thing whatsoever, entitling the holder to entrance thereto, or to any accommodation or privilege thereat, in consideration of the payment of money or any equivalent thereof, shall be required or received, shall be given in any theatre, hall, building, room, grounds or public place within the city of Yonkers on the first day of the week, commonly called Sunday. Every person violating this section or aiding, abetting or participating in any such prohibited performance, entertainment or exhibition or show, or participating in any arrangements for management of, or conducting any such prohibited performance, entertainment, exhibition or show, or the admission of persons thereto, shall forfeit a penalty of not less than twenty-five dollars ($25.00) nor more than one hundred dollars ($100.00) in the discretion of the magistrate convicting." The relator claimed that said ordinance was invalid, null and void, alleged that the common council of the city of Yonkers had no authority or power to pass the same; that the act committed by the relator for which he was arrested violated no law of the state, and, therefore, he was illegally detained.

*Thomas F. Curran, Corporation Counsel,* and *Frederick E. Weeks, District Attorney,* for appellants.

*John J. Finn* and *William E. Butler* for respondent.

Order affirmed, with costs; no opinion.

Concur: WERNER, HISCOCK, COLLIN, MILLER and CARDOZO, JJ. Not voting: CHASE and HOGAN, JJ.